Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SWETA PATEL, | Case No. 2:26-cv-00059-DJA |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, INC., | Complaint filed: January 14, 2026 |
| Defendants. | |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Sweta Patel ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed the Complaint on January 14, 2026, (ECF No. 1.) and currently Experian's responsive pleading is due February 11, 2026. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until March 13, 2026, to file its responsive pleading. This is Experian's first request for an extension of time to respond to the Complaint and is not intended to

cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

Dated this 4th of February 2026.

NAYLOR & BRASTER                          KAZEROUNI LAW GROUP

By: /s/ Jennifer L. Braster                By: /s/ Gustavo Ponce
    Jennifer L. Braster                        Gustavo Ponce
    Nevada Bar No. 9982                         Nevada Bar No. 15084
    10100 W Charleston Blvd, Suite 120          Mona Amini
    Las Vegas, Nevada 89135                     Nevada Bar No. 15381
    Telephone:  (702) 420-7000                  6940 S. Cimarron Road, Suite 210
                                                Las Vegas,NV 89113
    *Attorneys for Defendant*                   Telephone:  (800) 400-6808
    *Experian Information Solutions, Inc.*
                                                *Attorney for Plaintiff*
                                                *Sweta Patel*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 6).

Dated this 5th of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE

_____

EXPERIAN'S STIPULATION TO EXTEND
TIME TO ANSWER COMPLAINT
CASE NO. 2:25-CV-00472-JCM-EJY

## Halee Mennear

| | |
|---|---|
| **From:** | Gustavo Ponce <gustavo@kazlg.com> |
| **Sent:** | Wednesday, February 4, 2026 3:41 PM |
| **To:** | Jennifer Braster |
| **Cc:** | Mona Amini |
| **Subject:** | Re: Patel v. JPMorgan Chase et al., Case No. 2:26-cv-00059 |

Approved from me. Thank you

Thank you,

Gustavo Ponce, Esq.
*Licensed in California and Nevada*

**KAZEROUNI LAW GROUP, APC**

6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Direct: (702) 625-9392
Toll free: (800) 400-6808 ext. 20
Fax: (800) 520-5523
www.kazlg.com
www.vegasdebtdefense.com

**Los Angeles - Orange County - San Diego - Riverside**
**San Luis Obispo - Phoenix - Las Vegas - Austin**

**CONFIDENTIALITY NOTICE AND WARNING:**
The information contained in this message (including all attachments) is attorney privileged and confidentialinformation intended only for the use of the individual/s and/or entity named above.  If the reader of the message is not the intended recipient or an authorized representative of theintended recipient, I do not intend to waive and do not waive any privileges or the confidentiality of the message/s and/or attachment/s, and you are hereby notified that any dissemination of this communication is strictly prohibited.  If you receive this communication in error, please notify me immediately at gustavo@kazlg.com or at (800) 400-6808 ext. 20 and delete the message and attachments from your records. Thank you for your cooperation.

On Feb 4, 2026, at 3:23 PM, Jennifer Braster <jbraster@nblawnv.com> wrote:

Thanks Gustavo.  Please let me know if I may affix your e-signature to the attached stip.

Jennifer L. Braster
(702) 420-7997
jbraster@nblawnv.com

**From:** Gustavo Ponce <gustavo@kazlg.com>
**Sent:** Wednesday, February 4, 2026 2:13 PM
**To:** Jennifer Braster <jbraster@nblawnv.com>
**Cc:** Mona Amini <mona@kazlg.com>
**Subject:** Re: Patel v. JPMorgan Chase et al., Case No. 2:26-cv-00059

Jennifer, yes that is ok. Can you please send us a stipulation for our review.

Thank you,

Gustavo Ponce, Esq.
*Licensed in California and Nevada*
<image001.png>
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Direct: (702) 625-9392
Toll free: (800) 400-6808 ext. 20
Fax: (800) 520-5523
www.kazlg.com
www.vegasdebtdefense.com

**Los Angeles - Orange County - San Diego - Riverside
San Luis Obispo - Phoenix - Las Vegas - Austin**

**CONFIDENTIALITY NOTICE AND WARNING:**
The information contained in this message (including all attachments) is attorney
privileged and confidentialinformation intended only for the use of the individual/s and/or
entity named above.  If the reader of the message is not the intended recipient or an authorized
representative of theintended recipient, I do not intend to waive and do not waive any privileges or the
confidentiality of the message/s and/or attachment/s, and you are hereby notified that any
dissemination of this communication is strictly prohibited.  If you receive this communication in error,
please notify me immediately at gustavo@kazlg.com or at (800) 400-6808 ext. 20 and delete the
message and attachments from your records. Thank you for your cooperation.

On Feb 4, 2026, at 2:01 PM, Jennifer Braster <jbraster@nblawnv.com> wrote:

Hi Gustavo,

I hope all is well. I was just retained to represent Experian in the above-referenced
matter.  Would you be amenable to a 30-day extension to respond?

Thanks,
Jen

Jennifer L. Braster
<image001.jpg>
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(t)  (702) 420-7000
(d) (702) 420-7997
(f)  (702) 420-7001
<image002.jpg>
https://www.naylorandbrasterlaw.com/
<image003.jpg>   <image004.jpg>

This email communication and any attachment are attorney privileged and confidential.  If
you are not the intended recipient or have received this message in error, please notify us
immediately by replying and delete the communication.  Thank you.