HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
bondsk@hallevans.com
nvefile@hallevans.com
*Counsel for Defendant Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SWETA PATEL,<br><br>                     Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>EXPERIAN INFORMATION SOLUTIONS<br>INC., TRANSUNION LLC, EQUIFAX<br>INFORMATION SERVICES INC.,<br><br>                     Defendants. | Case No. 2:26-CV-00059-CDS-DJA<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendant Trans Union LLC ("Trans Union"), by and through its counsel, and files this Unopposed Motion Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint:

1.     Trans Union's responsive pleading was due on February 11, 2026.

2.     Plaintiff and Trans Union are actively engaged in case-resolution negotiations, including research into the allegations and fact necessary to productively discuss informal resolution.

3.     Plaintiff does not oppose an extension of Trans Union's time to Answer the Complaint so that the parties may devote their energies to resolving this matter prior to moving forward with litigation, which was discussed and agreed upon via e-mail on February 12, 2026. Trans Union files this Motion consistent with its agreement with Plaintiff and respectfully

8529994.1

1

requesting the Court for an extension of time to file its responsive pleading for 21 days, to March 3, 2026.

4.    This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including March 3, 2026. This is the first request for an extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 13th day of February, 2026.

**HALL & EVANS, LLC**

/s/ _____

Kurt R. Bonds, Esq. (Nevada Bar No. 6228)
HALL & EVANS, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
bondsk@hallevans.com
*Counsel for Trans Union LLC*

**KAZEROUNI LAW GROUP, APC**

/s/ _____

Gustavo E. Ponce
Kazerouni Law Group, APC
6940 S. Cimarron Rd., Ste 210
Las Veas, NV 89113
Telephone: (800) 520-5523
gustavo@kazlg.com
*Counsel for Sweta Patel*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___2/19/2026_____

8529994.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2026, I filed **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gustavo E. Ponce
gustavo@kazlg.com
Mona Amini
mona@kazlg.com
Kazerouni Law Group, APC
6940 S. Cimarron Road
Suite 210
Las Vegas, NV 89113
800-400-6808
*Counsel for Plaintiff*

Jennifer L Braster
jbraster@naylorandbrasterlaw.com
Naylor & Braster
10100 W. Charleston Blvd.
Suite 120
Las Vegas, NV 89135
702-420-7000
*Counsel for Experian Information Solutions Inc*

Gia Marina
gmarina@clarkhill.com
Clark Hill Plc
NV
1700 South Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
702-862-8300
Fax: 702-778-9709
*and*
Jennifer R. Brooks
jrbrooks@seyfarth.com
Seyfarth Shaw LLP
2323 Ross Avenue
Suite 1660
Dallas, TX 75201
469-608-6730
*Counsel for Equifax Credit Information Services Inc*

**KURT R. BONDS**

8529994.1

1