JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002
Email:        bundickj@gtlaw.com
               berriosj@gtlaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SWETA PATEL,<br><br>                              Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION LLC; EQUIFAX<br>INFORMATION SERVICES, INC.<br><br>                              Defendants. | Case No.  2:26-cv-00059-CDS-DJA<br>**JOINT MOTION**<br>~~**STIPULATION**~~ **AND ORDER TO**<br>**EXTEND DEADLINE FOR DEFENDANT**<br>**JPMORGAN CHASE BANK, N.A. TO**<br>**RESPOND TO COMPLAINT (ECF NO. 1)**<br><br>[FIRST REQUEST] |

Pursuant to LR IA 6-1 and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Sweta Patel ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), through their undersigned counsel, that Defendant's deadline in which to file and serve a response to Plaintiff's Complaint (ECF No. 1), shall be extended through and until April 28, 2026, and request that the Court enter an order approving the same.  This is the parties' first request to extend the time for Defendant to respond to Plaintiff's Complaint.

Plaintiff filed the Complaint on January 14, 2026.  The deadline for Defendant to respond to the Complaint was on February 11, 2026.  As a courtesy, Plaintiff's counsel contacted counsel who has previously represented Defendant in similar lawsuits, which caused Defendant to retain its undersigned counsel in this matter.  Once retaining counsel, Defendant requested an extension

ACTIVE 722438633v1

of time allowing counsel to evaluate Plaintiff's claims set forth in the Complaint. The parties met and conferred, and Plaintiff agreed to extend the deadline for Defendant to respond to the Complaint as a matter of professional courtesy. The parties thus agreed, subject to the Court's approval, that the deadline for Defendant to respond to the Complaint shall be extended to April 28, 2026, and respectfully request that the Court enter an order approving this stipulation.

**IT IS SO STIPULATED.**

DATED this 13th day of April, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Jerrell Berrios*

JACOB D. BUNDICK, ESQ.
Nevada Bar No. 09772
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

***Counsel for JPMorgan Chase Bank, N.A.***

DATED this 13th day of April, 2026.

**KAZEROUNI LAW GROUP, APC**

*/s/ Gustavo Ponce*

GUSTAVO PONCE, ESQ.
Nevada Bar No. 15084
MONA AMINI, ESQ.
Nevada Bar No. 15381
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113

***Counsel for Sweta Patel***

## ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 29).

DATED: 4/15/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the **13th day of April, 2026,** a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT (ECF NO. 1)** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Evelyn Escobar-Gaddi*
An employee of Greenberg Traurig, LLP

ACTIVE 722438633v1