Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
        mona@kazlg.com

*Attorneys for Plaintiff,*
Sweta Patel

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SWETA PATEL**, | Case No.: 2:26-cv-00059-CDS-DJA |
| Plaintiff | |
| v. | **STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FED. R. CIV. P. 41 (a)(1)** |
| **JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC**, | |
| Defendants | [ECF No. 34] |

///

///

///

///

///

///

///

///

STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.

Plaintiff Sweta Patel ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), by and through their respective attorneys of record, hereby jointly stipulate, and respectfully request, to dismiss Plaintiff's claims against Defendant Equifax pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED this 22nd day of May 2026.

**KAZEROUNI LAW GROUP, APC**

By:  */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**SEYFARTH SHAW LLP**

By:  */s/ Jennifer R. Brooks*
Jennifer R. Brooks, Esq.
2323 Ross Ave. Suite 1660
Dallas, Texas 75201
*Attorneys for Defendant*
*Equifax Information Services, LLC*

Based on the parties' stipulation, Equifax Information Services is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Dated:  __June 2, 2026_____

- 2 -
STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.