Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

Emily J. Tujaka (admitted *pro hac vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4227
etujaka@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SWETA PATEL,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:26-cv-00059-CDS-DJA<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

Defendant Experian Information Solutions, Inc. ("Experian") advises the Court and all parties that Emily J. Tujaka, Esq. has withdrawn or substituted out of this case as counsel of record. Jennifer L. Braster of Naylor & Braster remains counsel of record for Experian.

Dated this __ day of July 2026.

EXPERIAN INFORMATION SOLUTIONS, INC.

[signature]

By: Michael Rozale
Its: VP, Litigation Director

Jennifer L. Braster, Esq., of the law firm Naylor & Braster, hereby accepts substitution as counsel (without co-counsel Ms. Tujaka) for Experian in the above-captioned matter.

Dated this 8th day of July 2026. NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster, Nevada Bar No. 9982
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

Emily J. Tujaka of Jones Day hereby consents to the substitution of Jennifer L. Braster, Esq. as counsel for Experian (without myself as co-counsel) in the above-captioned matter.

Dated this 8th day of July 2026. JONES DAY

By: */s/ Emily J. Tujaka*
Emily J. Tujaka (*admitted pro hac vice*)
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606

**IT IS SO ORDERED.**

DATED: 7/20/2026

_______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE_

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 16th day of July 2026, I caused the document **STIPULATION FOR SUBSTITUTION OF COUNSEL** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Halee Mennear*
An Employee of NAYLOR & BRASTER